UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERIC DEVRIES,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.<br><br>Defendant. | Case No. 1:18-cv-1255<br><br>Hon. Janet T. Neff |

## NOTICE OF SETTLEMENT

Plaintiff Eric DeVries, by and through his counsel, hereby gives notice pursuant to Local Civil Rule 40.3 that a preliminary agreement has been reached by and between the parties to resolve Plaintiff's claims and dismiss the case. Plaintiff expects that the settlement agreement will be effectuated and a dismissal of the case with prejudice will be filed within 30 days of today's date.

Respectfully submitted,

Dated:  March 28, 2019

/s/ Theodore J. Westbrook
Theodore J. Westbrook
**Westbrook Law PLLC**
Attorney for Plaintiff
6140 28th St. SE, Suite 115
Grand Rapids, MI 49546
twestbrook@westbrook-law.net