UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ERIC DEVRIES,<br><br>    Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.<br><br>    Defendant. | Case No. 1:18-cv-1255<br><br>Hon. Janet T. Neff |

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties, as evidenced by the signature of their respective counsel below, stipulate to the dismissal of this matter with prejudice and with each party bearing its own fees and costs.

STIPULATED AND AGREED:

Dated: April 30, 2019　　　　　　　　　　/s/Theodore J. Westbrook
　　　　　　　　　　　　　　　　　　　　Theodore J. Westbrook (P70834)
　　　　　　　　　　　　　　　　　　　　**Westbrook Law PLLC**
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　6140 28th St. SE, Suite 115
　　　　　　　　　　　　　　　　　　　　Grand Rapids, MI 49546
　　　　　　　　　　　　　　　　　　　　(616) 288-9548
　　　　　　　　　　　　　　　　　　　　twestbrook@westbrook-law.net


Dated: April 30, 2019　　　　　　　　　　/s/ Jennifer K. Green (with permission)
　　　　　　　　　　　　　　　　　　　　Jennifer K. Green (P69019)
　　　　　　　　　　　　　　　　　　　　**Clark Hill PLC**
　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　151 S. Old Woodward Ave., Suite 200
　　　　　　　　　　　　　　　　　　　　Birmingham, MI 48009
　　　　　　　　　　　　　　　　　　　　(248) 988-2315
　　　　　　　　　　　　　　　　　　　　jgreen@clarkhill.com

This Order resolves all pending claims and closes the case.

IT IS SO ORDERED.

Dated:     April 30, 2019                              /s/ Janet T. Neff
                                                       Hon. Janet T. Neff
                                                       United States District Judge
                                                       Western District of Michigan